B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Arizona

In re Zounds, Inc. , Case No. 2:09-bk-06053

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Signature Capital Securities, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  35308 SE Center Street
  Snoqualmie, WA 98065

Court Claim # (if known): 29
Amount of Claim: $870,934.82
Date Claim Filed: 05/14/2009

Phone: 425-836-5728
Last Four Digits of Acct #: _____

Phone: 917-951-5546
Last Four Digits of Acct. #: 9227

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian J Dilks - President        Date: 08/25/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case 2:09-bk-06053-GBN    Doc 650    Filed 08/29/16    Entered 08/29/16 10:32:48    Desc
Main Document    Page 1 of 1